# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 20-01161-FMO (DFM) | Date: | February 3, 2021 |
|---|---|---|---|

| Title | Londt v. Barrett Daffin Frappier Treder and Weiss, LLP et al. |
|---|---|

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

| Proceedings: | (IN CHAMBERS) Order to Show Cause |
|---|---|

On October 14, 2020, the Court issued its Case Management Order directing the parties to both file a case management report by January 18, 2021. See Dkt. 39 at 4. The deadline has passed and while Defendant filed a report (see Dkt. 53), Plaintiff has failed to do so. This failure represents a failure to prosecute.

**Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may dismiss this action for lack of prosecution.**