JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RUDI LEO LONDT,<br><br>Plaintiff,<br><br>v.<br><br>BARRETT DAFFIN FRAPPIER TREDER AND WEISS, LLP, et al.,<br><br>Defendants. | Case No. CV 20-01161-FMO (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and this entire action are dismissed with prejudice.

Date: 10/12/2021

_/s/_____
FERNANDO M. OLGUIN
United States District Judge